**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-609**

In Re: LARRY SINCLAIR WILLIAMS-EL,

Petitioner.

On Petition for Writ of Mandamus.  (CR-92-83-A)

Submitted:  November 21, 1996      Decided:  December 3, 1996

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Larry Sinclair Williams-El, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Petitioner filed a petition for a writ of mandamus seeking to have this court order the court reporter to transcribe and file in the district court transcripts of portions of his criminal trial: opening and closing statements, jury instructions, two jury questions, and his sentencing hearing. Petitioner failed to show that he has a clear right to the relief sought and that no other remedy is available. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988); In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979). Accordingly, we deny the petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED